FILED
07 NOV 19 PM 3:26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

11/8/07
WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

WILLIE WEAVER,

    PLAINTIFF,

VS.

PELICAN BAY STATE
PRISON,

    DEFENDANT,

IN THE UNITED STATES
DISTRICT COURT FOR
THE NORTHERN DISTRICT
OF CALIFORNIA

CASE NO. C-07-5202

AFFIDAVIT FOR
EXTENSION OF TIME

    YOUR HONORABLE JUDGE;
    OFFICE OF THE CLERK;

PLAINTIFF WILLIE WEAVER HEREBY DECLARE UNDER PENALTY OF PERJURY THAT I AM REPRESENTIVE ON THIS PROPRIA PERSONAM DUE TO LIMITED TIME, LIMITED COOPORATION FROM TRUST OFFICES.

PLAINTIFF CANNOT FILE THE APPLICATION TO PROCEED IN FORMA PAUPERIS. IN VIEW OF THE FORGOING PLAINTIFF REQUEST AN EXTENSION OF 30 DAYS AND TO INCLUDING NEW DEADLINES IN WHICH TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS.

        Willie Weaver
        SIGNATURE

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,
            PLAINTIFF,
    VS.                                CASE NO, C-07-5202 JW (PR)
PELICAN BAY STATE
PRISON                  / PROOF OF SERVICE
            DEFENDANT,

I hereby certify that on 11/08/07, I served a copy of the attached THREE EXACT AFFIDAVIT FOR EXTENSION OF TIME

by placing a copy in a postage paid envelope addressed to the person(s) here in after listed, by depositing said envelope in the United States mail at: PELICAN BAY STATE PRISON P.O. Box 7000 CRESCENT CITY, CA. 95531.

(LIST NAME AND ADDRESS OF EACH DEFENDANT OR ATTORNEY SERVED) OFFICE OF THE CLERK IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CA. 95531.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

                                Willie Weaver
                                SIGNATURE