WILLIE WEAVER
J-91389 B-2-210
PELICAN BAY STATE
PRISON P.O. Box 7000
CRESCENT CITY



CONFIDENTIAL
LEGAL MAIL

CASE NO. C 07-5202
OFFICE OF THE CLERK
IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT OF
CALIFORNIA 450 GOLDEN
GATE AVENUE
SAN FRANCISCO, CA. 94102