FILED

⋯⋯ 2 9 2007

⋯⋯ W. WIEKING
CLE⋯ ⋯ DISTRICT COURT
⋯⋯ ⋯ OF CALIFOR⋯

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

WILLIE WEAVER
                                  )
                                  )
                          Plaintiff, )
                                  )    CASE NO. ___C - 07 - 5202
                                  )              JW
vs.                               )    PRISONER'S
                                  )    APPLICATION TO PROCEED
PELICAN BAY STATE                 )    IN FORMA PAUPERIS
PRISON                            )
                          Defendant. )
                                  )

I, WILLIE WEAVER declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed? Yes ____ No __✓__

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                              - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  ___SACRAMENTO AIR PORT   300 WEEKLY___

5  ___1200 MONTHLY___

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.:    Business, Profession or          Yes ____ No __✓__

10            self employment

11     b.    Income from stocks, bonds,          Yes ____ No __✓__

12            or royalties?

13     c.    Rent payments?                       Yes ____ No __✓__

14     d.    Pensions, annuities, or              Yes ____ No __✓__

15            life insurance payments?

16     e.    Federal or State welfare payments,   Yes ____ No __✓__

17            Social Security or other govern-

18            ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.    Are you married?                        Yes ____ No __✓__

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ _____

b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.   Do you own or are you buying a home?        Yes ____ No __✓__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.   Do you own an automobile?              Yes ____ No __✓__

Make _____ Year _____ Model _____

Is it financed? Yes _____ No __✓__ If so, Total due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account? Yes ____ No __✓__ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes ___ No __✓__ Amount:  $ _____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No __✓__

_____

8.   What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

_____

_____

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ____  No __✓__ Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_10/22/07_                          _Willie Weaver_
DATE                              SIGNATURE OF APPLICANT