WILLIE COLEMAN
J.91389 B-2-210
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532




02 1M
0004217666   DEC 10
$ 00.
MAILED FROM ZIP CODE

CONFIDENTIAL
LEGAL MAIL

94102X3661

CASE NO. C-07-05
OFFICE OF THE CLE
IN THE UNITED STA
DISTRICT COURT FOR
NORTHERN DISTRICT
CALIFORNIA 450 GOL
SAN FRANCISCO, CA.